UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| SANTIAGO CANALES, | Case No. 3:24-cv-00020-ART-CSD |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| E.S.P., | |
| Defendant | |

**I.   DISCUSSION**

On January 11, 2024, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted multiple documents to the Court, including motions for a preliminary injunction and temporary restraining order, exhibits, and a "brief." (ECF Nos. 1-1, 1-2, 1-3, 1-4, 1-5).  Plaintiff did not file a complaint.  Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff **until March 18, 2024**, to submit a complaint to this Court.

On February 17, 2024, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 4). Plaintiff's application to proceed *in forma pauperis* is incomplete because **Plaintiff used a state court form, rather than this Court's approved form, and Plaintiff did not include a financial certificate or an inmate trust fund account statement for the previous six-month period with the application**. The Court will deny Plaintiff's application without prejudice and give Plaintiff the opportunity to correct these deficiencies **by March 18, 2024**.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. Special R. 1-1. For an

inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed** *in Forma Pauperis* **for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. Special R. 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

The Court will grant Plaintiff an opportunity to file a complaint and a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $405 filing fee for this action on or before **March 18, 2024**.

## II.   CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **March 18, 2024**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of the documents he initially filed in this case (ECF Nos. 1-1, 1-2, 1-3, 1-4, 1-5).

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 4) is denied without prejudice.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that on or before **March 18, 2024**, Plaintiff will either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all

three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

      Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and a complete application to proceed *in forma pauperis* or pay the required filing fee.

      DATED THIS 18th day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE

.