UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANTIAGO CANALES,<br><br>    Plaintiff,<br><br>v.<br><br>E.S.P., *et al.*,<br><br>    Defendants. | Case No.  3:24-CV-00020-ART-CSD<br><br>ORDER |

Plaintiff's *pro se* complaint (ECF No. 8) was filed April 3, 2024. His application to proceed *in forma pauperis* (ECF No. 11) was filed on May 22, 2024, without an inmate account statement. Inadvertently, the inmate account statement was attached to his motion for appointment of counsel. (ECF No. 9 at 11-18.) However, the court cannot screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, because Plaintiff failed to sign the complaint. *See* Federal Rule of Civil Procedure ("Rule") 11(a) (every pleading must be signed by the party personally if they are not represented by counsel).

Further, the complaint must contain all the information required by the court's form for *pro se* civil rights complaints. Local Special Rule ("LSR") 2-1. The court's form for *pro se* civil rights complaints and instructions was provided to Plaintiff. (ECF 6-1.) The instructions clearly require that if any person prepared the complaint for Plaintiff, that person must write their name on the line next to Plaintiff's signature. (*Id.* at 4.) Plaintiff's complaint failed to include the name of the preparer. (ECF No. 8 at 11.)

Previously, the Court notified Plaintiff that he must update his address with the Court no later than November 21, 2024. (ECF No. 12) In accordance with Rule 11(a), the Court will allow Plaintiff until November 21, 2024, to correct the errors recognized by the Court in this order, by filing a signed copy of the

complaint that includes the name of the preparer on the line next to Plaintiff's signature.

For the foregoing reasons, **IT IS ORDERED** that:

1. The Clerk of the Court send Plaintiff a courtesy copy of his complaint (ECF No. 8) with a copy of this order.

2. Plaintiff shall return a signed copy of the complaint which includes the name of the preparer on the line next to his signature no later than November 21, 2024. Plaintiff is warned that if he fails to do so, his complaint will be dismissed without prejudice in accordance with Rule 11(a) and LSR 2-1.

3. Plaintiff file a written change of address with his updated address no later than November 21, 2024. Failure to do so will result in his complaint being dismissed without prejudice.

DATED THIS 31st day of October 2024.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE